United States District Court
Southern District of Texas
**ENTERED**
June 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| DALZO D.S., <br>   "Petitioner," | § <br> § <br> § <br> § | |
| v. | § <br> § | Civil Action No. 1:25-cv-00354 |
| MIGUEL VERGARA, *et al.*, *in their* <br> *official capacities*, <br>   "Respondents." | § <br> § <br> § | |

**ORDER**

     Before the Court is the parties' "Stipulated Dismissal" (Dkt. No. 13). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Petitioner's claims against Respondents are **DISMISSED without prejudice.** Respondents' "Motion for Summary Judgment" (Dkt. No. 10) is further **DENIED as moot**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

     SIGNED this June 11, 2026

                                         _____
                                      Rolando Olvera
                                      United States District Judge